1000

Oscar H. HENTSCHEL, Liquidating Trustee, etc., Appellant, v. FIDELITY & DEPOSIT COMPANY OF MARYLAND.

No. 11379.

Circuit Court of Appeals, Eighth Circuit.

June 6, 1939.

Erwin F. Vetter and George T. Priest, both of St. Louis, Mo., for appellant.

Herbert E. Barnard and A. Lyon Anderson, both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed with prejudice, at costs of appellee, but without taxation of attorney's docket fee, per stipulation of parties.

P. J. HOLZMAN, Appellant, v. UNITED STATES of America.

No. 11566.

Circuit Court of Appeals, Eighth Circuit.

Oct. 28, 1939.

Michael E. Crogan, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of appellant and supporting affidavit. Defendant below ordered to surrender to custody, etc.

In the Matter of HOME PAINT & GLASS COMPANY, a Michigan Corporation, Alleged Bankrupt.

John C. MEISSNER, Brookfield Studios, an Illinois Corporation, and Detroit Glass Dealers' Association, an Unincorporated Voluntary Association, Appellants, v. HOME PAINT & GLASS COMPANY, a Michigan Corporation, and Hartwell Johnson, Receiver of Home Paint & Glass Company, Appellees.

No. 8415.

Circuit Court of Appeals, Sixth Circuit.

Oct. 9, 1939.

Beckenstein, Wisok, & Maguire and Frazer & Popkin, all of Detroit, Mich., for appellants.

Norman J. Miller, of Detroit, Mich., for appellees.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

On reading and filing the stipulation of the above named alleged bankrupt, appellants and appellees herein, that this cause be dismissed without costs to any of the parties hereto, and the court being fully advised in the premises, now, therefore, on motion of Beckenstein, Wisok & Maguire, attorneys for appellants, it is ordered that the appeal taken in this cause and all proceedings based thereon be and the same hereby is docketed and dismissed without costs to any of the parties thereto.